**In re OBJECTION TO the NOMINATING PETITION OF Matthew N. WRIGHT, Republican Candidate for Representative in General Assembly District # 142.**

**Appeal of Edward V. Reeves, Esquire.**

Supreme Court of Pennsylvania.

Submitted April 13, 2006.
Decided April 21, 2006.

Edward V. Reeves, Esq., for Edward V. Reeves, *pro se.*

Lawrence J. Tabas, Esq., Lindsey Marie Glah, Esq., Philadelphia, for Matthew N. Wright.

Louis Lawrence Boyle, Esq., for Department of State.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**